July 31, 1901, which affirmed an order of Special Term confirming the report of commissioners awarding damages for injuries to certain lands.

*John Laughlin* for appellant.

*George H. Frost* for respondent.

Order affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, CULLEN and WERNER, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, *v.* ANGLO-AMERICAN SAVINGS AND LOAN ASSOCIATION et al., Respondents.

In the Matter of the Application of DAMON MERRILL et al., Appellants.

*People* v. *Anglo-American S. & L. Assn.*, 66 App. Div. 9, appeal dismissed. (Argued January 8, 1902; decided January 28, 1902.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered November 15, 1901, which affirmed an order of Special Term denying the motion of the appellants herein for leave to intervene and be made parties defendant and to vacate or modify an order previously made providing for the acceptance by the receivers of the defendant of a certain proposal made by the Empire State Realty Company.

*Edward P. Lyon* for appellants.

*Myer Nussbaum, John E. Ruston, William Hepburn Russell* and *William Beverly Winslow* for respondents.

Appeal dismissed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT HAIGHT, CULLEN and WERNER, JJ.